## Commonwealth *v.* Naylor, Appellant.

Submitted November 8, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*R. Barclay Surrick,* Assistant Public Defender, for appellant.

*Anna Iwachiw Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 19, 1973:
Order affirmed.